**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rigoberto LOPEZ–ROQUE,**
**Defendant–Appellant.**

**Nos. 10–10419, 10–10420.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 6, 2012.*

Filed March 9, 2012.

Christina Marie Cabanillas, USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Brick P. Storts, III, Esquire, Barton & Storts, Tucson, AZ, for Defendant–Appellant.

Rigoberto Lopez–Roque, Milan, NM, pro se.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Rigoberto Lopez–Roque appeals from his guilty-plea conviction and 51–month sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326; and the district court's judgment revoking his supervised release and imposing a six-month consecutive sentence. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Roque's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. Lopez–Roque has filed a supplemental brief A supplemental answering brief has not been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

662

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

In light of the foregoing, Lopez–Roque's "motion for direct notification by court to appellant" and the government's motion for summary affirmance are **DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.